```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
MICHAEL ADAMS,                                            :
                                                          :
                          Plaintiff,                      :
                                                          :            20-CV-1952 (JPC)
           -v-                                            :
                                                          :                 ORDER
PJ RESTAURANT INC. and 302 EAST 12TH STREET               :
OWNER, LLC,                                               :
                                                          :
                          Defendants.                     :
                                                          :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 14, 2020, the Court ordered the parties to file their stipulation of dismissal by January 6, 2021, in accordance with the parties' request. (Dkt. 14.) The parties failed to do so.

Within one week of the filing of this Order, the parties shall file their stipulation of dismissal or a joint letter updating the Court on the status of this case.

SO ORDERED.

Dated: January 13, 2021
       New York, New York

                                                  _____
                                                           JOHN P. CRONAN
                                                      United States District Judge