MARIA-COSTANZA BARDUCCI
# BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

---

**January 15, 2021**

**Via CM/ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York

      Re:    *Michael Adams vs. PJ Restaurant Inc., et al.*
            *Civil Action No.: 1:20-cv-01952-ER*
            *Joint Letter-Motion for Extension of Time to File Stipulation of Dismissal*

Dear Judge Cronan:

    I represent the Plaintiff in the above-referenced matter.

    The parties have reached a settlement in this matter and have exchanged executed settlement documents. At this point, the only remaining items which is prohibiting the parties from filing a stipulation of dismissal is the payment of the settlement. It is expected that the payment will be made by January 29th. In light of the above, the parties respectfully request that their time to file a stipulation of dismissal be extended to February 5, 2021.

    The Defendant consents to this request.

    This extension would not affect any other deadlines or events.

    Thank you in advance for your anticipated consideration of this request.

                                        Respectfully Submitted,

                                        BARDUCCI LAW FIRM
                                        <u>s/Maria Costanza Barducci, Esq.</u>
                                        MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only

---

Plaintiff's request is GRANTED. Plaintiff shall file the stipulation of dismissal by February 5, 2021.

SO ORDERED.
Date: January 21, 2021
     New York, New York

_____
JOHN P. CRONAN
United States District Judge